# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148242

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DERRICK LAMONT CHATMAN,
    Defendant-Appellant.

SC:  148242
COA:  311033
Wayne CC:  11-011739-FC

_____/

On order of the Court, the application for leave to appeal the October 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



                   Clerk

h0324